UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Crim. No. 11-10157-MLW |
| v. ) | |
| ) | Violations: 18 U.S.C. §§ 1955, 1511 and 2; |
| ADAM HART, ) | 18 U.S.C. § 981 and 28 U.S.C. § 2461. |
| TIMOTHY REARDON, AND ) | |
| WILLIAM NEOFOTISTOS ) | |
| ) | |
| Defendants. ) | |

INFORMATION

THE UNITED STATES ATTORNEY in and for the District of Massachusetts charges that:

COUNT ONE
(Illegal Gambling Business - Sports Betting)

From in or before 2000 and continuing until in or about February 2009, in the District of Massachusetts and elsewhere, the defendants

**ADAM HART,
TIMOTHY REARDON, and
WILLIAM NEOFOTISTOS**

and others known and unknown to the grand jury, conducted, financed, managed, supervised, directed, and owned all or part of an illegal gambling business to wit: a sports betting business which constituted a violation of the laws of the Commonwealth of Massachusetts (Chapter 271, Sections 5, 5A, 16A, 17, and 17A of the General Laws of the Commonwealth of Massachusetts) which involved five or more persons who conducted all or part of such business and which had been in substantially continuous operation for a period in excess of thirty days and had a gross revenue of $2,000 in any single day.

In violation of Title 18, United States Code, Sections 1955 and 2.

## COUNT TWO
(Obstruction of State or Local Law Enforcement)

In or about and between December 27, 2006 and continuing until in or about May 2007, in the District of Massachusetts and elsewhere, the defendants

**ADAM HART** and
**WILLIAM NEOFOTISTOS**

and others known and unknown to the grand jury, did conspire, confederate and agree to obstruct the enforcement of the criminal laws of the Commonwealth of Massachusetts with the intent to facilitate an illegal gambling business where one or more of such persons was an elected official of the Commonwealth; one or more of such persons conducted, financed, managed, supervised, directed, and owned all or part of an illegal gambling business; and one or more of such persons committed an act to effect the object of the conspiracy, in that an elected law enforcement official of the Commonwealth did cause information to be provided to the defendant **ADAM HART** that **HART**'s illegal gambling business was the subject of a state law enforcement investigation.

In violation of Title 18, United States Code, Sections 1511.

## FORFEITURE ALLEGATIONS

1.   Upon conviction of any offense in violation of 18 U.S.C. § 1955, the defendants

**ADAM HART,
TIMOTHY REARDON, and
WILLIAM NEOFOTISTOS**

shall forfeit to the United States: (a) any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and (b) any property, including money, used in violation of 18 U.S.C. § 1955, pursuant to 18 U.S.C. § 1955(d). Such property includes, without limitation:

    a.   at least $750,000 in United States currency;

    b.   $17,000 in United States currency seized from 6741 Northwest 45th Terrace, Coconut Creek, Florida on or about January 10, 2009; and

    c.   $1,580 in United States currency seized from 11 Captain Murphy Way, Barnstable, Massachusetts.

2.   If any of the property described in paragraph 1 hereof as being forfeitable, as a result of any act and omission of the defendants --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred to, sold to, or deposited with a third party;

    c. has been placed beyond the jurisdiction of this Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C.

§ 853(p), to seek forfeiture of all other property of the defendant up to the value of the property listed in subparagraphs a through e hereof.

All pursuant to Title 18, United States Code, Section 981, Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 1955(d).

CARMEN M. ORTIZ
United States Attorney

By: *(signature)*
Fred M. Wyshak, Jr.
Assistant U.S. Attorney

Date: April 26, 2011