UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Docket No.: 11-CR-10157-MLW |
| | ) | |
| WILLIAM NEOFOTISTOS | ) | Defendant No. : 03 |

## NOTICE OF DECISION NOT TO CONTEST GROUNDS
## FOR PROBATION VIOLATION

Now comes the Defendant in the referenced matter, William Neofotistos ("Neofotistos"), and, in accordance with the December 6, 2013, order of this Honorable Court, hereby gives notice of his decision <u>not</u> to contest either of the grounds for the alleged violation of Standard Condition Number 9, as reflected in the "Violation Report" submitted by the U.S. Probation Department on November 26, 2013, and more specifically "Part C: Nature of Non-Compliance".

Respectfully submitted,

/s/ Andrew Berman
Andrew Berman, Esquire                                    Dated: December 10, 2013
BBO Number 634746
50 Congress Street, Suite 925
Boston, MA 02109
617-723-4163
AndrewDiCarloBerman@gmail.com

**Certificate of Service**
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and email and/or paper copies will be sent to those indicated as non-registered participants on the above date.

/s/ Andrew Berman

As there still may be disputes concerning relevant facts, the parties shall have the witnesses present to testify if necessary. Neofotistos and [his] counsel shall not communicate about this matter.

W-y. D. J
December 10, 2013